ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
SNVC, L.C. ) ASBCA No. 61375
)
Under Contract No. W91QUZ-11-D-0013 )

APPEARANCE FOR THE APPELLANT: Andrew L. Hurst, Esq.
　Foley & Lardner LLP
　Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
　Army Chief Trial Attorney
　MAJ Ronald M. Herrmann, JA
　Dana J. Chase, Esq.
　Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 17, 2019

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61375, Appeal of SNVC, L.C., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals